IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| BRADLEY GOLD, AN INDIVIDUAL; AND AMIEE GOLD, AN INDIVIDUAL; <br><br> Plaintiffs, <br><br> vs. <br><br> JASON CARTER, AN INDIVIDUAL; AND THE ARMS TRUCKING CO., A FOREIGN ENTITY; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:23-CV-00828-CRE |
| NANCY MCGEE, AN INDIVIDUAL; TROY MCGEE, AN INDIVIDUAL; AND A.M., A MINOR, BY AND THROUGH HER PARENTS AND NATURAL GUARDIANS, NANCY MCGEE, AND TROY MCGEE; <br><br> Plaintiffs, <br><br> vs. <br><br> JASON CARTER, AN INDIVIDUAL; AND THE ARMS TRUCKING CO., A FOREIGN ENTITY; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:23-CV-00830-CRE |

**ORDER**

**AND NOW**, this 13th day of March 2024, for the reasons stated in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that Defendants' identical partial motions to dismiss and to strike, *GOLD et al. v. CARTER et al.*, Case No. 2:23-CV-00828 (W.D.Pa. 2023) (ECF No. 4) and

1

*McGEE et al. v. CARTER et al.*, Case No. 2:23-CV-00830-CRE (W.D.Pa. 2023) (ECF No. 4), are **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' answer is due by March 27, 2024.

BY THE COURT:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc:  Counsel of Record
     (via ECF electronic notification)